Argued and submitted December 21, 1990, reversed and remanded January 23, 1991

## STEVE HUNTER,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
*Respondent.*

(90C-10776; CA A64945)

803 P2d 786

Hari Nam S. Khalsa, Salem, argued the cause and filed the brief for appellant.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).